UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
:
SECURITIES AND EXCHANGE COMMISSION,          :
    Plaintiff,                                :
:
v.                                            :
:
RYAN R. WEAR, WATER STATION                   :
MANAGEMENT LLC, and CREATIVE                  :   No. 25 Civ. 6713 (ER)
TECHNOLOGIES, INC.,                           :
    Defendants,                               :
:
and,                                          :
:
REFRESHING USA, LLC, and IDEAL                :
PROPERTY INVESTMENTS LLC,                     :
    Relief Defendants.                        :
------------------------------------------------------------------------x

    WHEREAS, on October 1, 2025, the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, and Adam S. Hobson and Justin V. Rodriguez, Assistant United States Attorneys, submitted a motion seeking to intervene in this action and seeking a complete stay, in light of the pendency of the criminal action *United States* v. *Ryan Wear*, 25 Cr. 365 (JLR) (the "Criminal Case"), in which an Indictment has been filed; and

    WHEREAS, all partes to this action do not object to the complete stay sought by the United States of America; and

    WHEREAS, the Court finds that a complete stay in this action is in furtherance of the interests of justice and will not prejudice any party; it is hereby

    **ORDERED** that the United States of America's motion to intervene is GRANTED.  It is further

**ORDERED** that this action is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

October 2, 2025
DATE
New York, New York